JAP:TAP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

LOANA NORALY-NOGUERA BUSTO,

                Defendant.

------------------------------X

17M26

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. §1204(a))

EASTERN DISTRICT OF NEW YORK, SS:

      SHAHRANI, STACY, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      Upon information and belief, on or about and between May 4, 2012 and the present, within the Eastern District of New York and elsewhere, the defendant LOANA NORALY-NOGUERA BUSTO did knowingly and intentionally remove a child from the United States and did retain that child outside of the United States, with the intent to obstruct the lawful exercise of parental rights of another.

      (Title 18, United States Code, Section 1204(a))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately 8 years. The information set forth herein is based on an investigation conducted by myself and other special agents of the FBI, as well as the review of records and other evidence as set forth more fully below.

2. During the course of my investigation, I have interviewed Andres Loaiza, a legal permanent resident of the United States. Based upon my interview of Mr. Loaiza and the review of certain documents, I have learned that he is the father of a child named Alexander Busto.

3. Based on my review of United States Department of State records, I have learned that the child is a United States citizen and is currently 7 years old.

4. Mr. Loaiza has advised me that he and the defendant LOANA NORALY-NOGUERA BUSTO met and began dating in New York in 2007. In 2008, the defendant became pregnant with the child. The couple separated after the birth of the child and subsequently had disputes about child custody and visitation.

5. On or about January 19, 2011, Mr. Loaiza filed a petition in New York State Family Court requesting an order awarding visitation of the child. I have reviewed a certified copy of a Family Court, Queens County, New York order dated December 12, 2012. Pursuant to that order, Mr. Loaiza was granted temporary custody of the child.

---

[1] Because this affidavit is submitted only to illustrate that probable cause exists to believe that the defendant committed certain crimes, all the facts known to me as a result of my investigation have not been included.

6. In or about March 2012, Mr. Loaiza discovered airline ticket receipts in the defendant's email account for travel outside of the United States on March 29, 2012 for both the defendant and the child.

7. I subsequently learned from Customs and Border Patrol and the FBI in Toronto, Canada that the defendant and the child crossed the United States border into Canada via a car on or about May 8, 2012. An individual known to the defendant reported to Mr. Loaiza that the defendant and the child are residing in Argentina. On June 21, 2012, the Family Court, Queens County, New York issued an arrest warrant for the defendant.

8. In or about October 2014, the FBI in New York sent a lead to Legat Buenos Aries, Argentina requesting Legat's assistance in determining whether the defendant and the child are residing in Argentina. Neither the FBI in New York or Argentina have been able to determine the location of the defendant and the child.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant LOANA NORALY-NOGUERA BUSTO so that she may be dealt with according to law.

Stacy E Shahrani
Stacy Shahrani
Special Agent
Federal Bureau of Investigation

Sworn to me this
day of Janua

UNITED S                                    GE
MARILYN
EASTERN DISTRICT